# MINUTE ORDER

*FDC*                Page 7

## Magistrate Judge Alicia M. Otazo-Reyes

**Atkins Building Courthouse - 10th Floor**        Date: 8/26/20        Time: 1:30 p.m.

Defendant: VICTOR ROJAS-BASCOPE        J#: 18114-104        Case #: 19-2665-MJ-AOR

AUSA: *Timothy Abraham*        Attorney: *(no atty in Court)*

Violation: S/D/NY/WARR INDICT/PWID CONTROLLED SUBSTANCE KNOWING IT WOULD IMPORT INTO U.S.        Surr/Arrest Date: 8/25/2020        YOB: 1970

Proceeding: Initial Appearance        CJA Appt: _____

Bond/PTD Held: ☐ Yes   ☐ No        Recommended Bond: _____

Bond Set at: _____        Co-signed by: _____

Language: *Spanish*

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services

Treatment as deemed necessary _____

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to: _____

☐ Other: _____

Disposition:

Amended J&C 8/20/2020 in 19-CR-20141-JLK

*AUSA to speak to Defense Counsel, Ana Davide about necessity of removal hearing. If Defense Contests removal a removal hearing will be set next week.*

*AUSA states Deft initially appeared on this case 4/26/19 — referenc-*

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**    Date: _____    Time: _____    Judge: _____    Place: _____

Report RE Counsel: *– Deft consented.*

PTD/Bond Hearing: *to Zoom appearance*

Prelim/Arraign or Removal: _____

Status Conference RE: _____

D.A.R. *13:15:18*

*ing an order entered in this case at D.E. 2*

*– AUSA states this case should not have been placed*

Time in Court: *10 min*

s/Alicia M. Otazo-Reyes        Magistrate Judge

*on the calendar for initial appearance.*