# MINUTE ORDER

Page 13

## Magistrate Judge Jacqueline Becerra

King Building Courtroom 10-6      Date: 9/18/2020   Time: 11:00:00

Defendant: Victor Rojas-Bascope ✓      J#: 18114-104   Case #: 19-2665-MJ-OTAZO-REYES
AUSA: Stephen Demanovich      Attorney: Ana Davide
Violation: SDNY/WARR/Indict/PWID/Cont. Substance
Surr/Arrest Date:   YOB:

Proceeding: Removal      CJA Appt:
Bond/PTD Held: ☐ Yes  ☐ No      Recommended Bond:
Bond Set at: _____      Co-signed by: _____

☐ Surrender and/or do not obtain passports/travel docs
☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
☐ Refrain from excessive use of alcohol
☐ Participate in mental health assessment & treatment
☐ Maintain or seek full-time employment/education
☐ No contact with victims/witnesses, except through counsel
☐ No firearms
☐ Not to encumber property
☐ May not visit transportation establishments
☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by
☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
☐ Travel extended to:
☐ Other:

Language: Spanish / English

Disposition:
- Counsel states he speaks English
- Deft consents to VTC
- Deft waives removal hearing
- Court orders deft removed to SDNY

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE   Date:   Time:   Judge:   Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. Zoom-JB-01-9-18-2020      Time in Court: 13 mins

s/Jacqueline Becerra      Magistrate Judge